```
TERREE A. BOWERS
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA  90012
    213-894-2470
Attorneys for the Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 10 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE H. SCHWARTZ,<br>　　　　　Defendant. | CASE NO: CV 92A-21440<br><br>DEFAULT JUDGMENT |

   In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

   IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MAURICE H. SCHWARTZ the sum of $10,000.00 as principal, $9,096.47 as accrued prejudgment interest, $227.00 administrative charges, a surcharge of $1,947.50 and $151.50 costs, for a total amount of $21,422.47 plus interest from MARCH 5, 1993 at the rate of $1.92 per day to date of entry of judgment.

   Judgment to accrue interest at the legal rate until paid.

   DATED; MAR 10 1993

                                    LEONARD A. BROSNAN, CLERK
                                    U.S. District Court
                                    Central District of California

                                    By: _____
                                        Deputy Clerk